IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANNY PINA, | CASE NO. 5:10-cv-02607 EJD |
| Plaintiff(s), | **ORDER CONVERTING PRETRIAL CONFERENCE TO STATUS CONFERENCE** |
| v. | |
| ALLAN DE LA CRUZ, et. al. , | |
| Defendant(s). | |

In light of the court's need to possibly reschedule the trial dates in this action, the Final Pretrial Conference currently scheduled for January 27, 2012, at 11:00 a.m. is hereby converted into a Status Conference to occur on the same date and time.

While the court will not address motions in limine at the Status Conference, the parties should be prepared to discuss other pretrial issues, including scheduling.

**IT IS SO ORDERED.**

Dated: January 23, 2012

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:10-cv-02607 EJD
ORDER CONVERTING PRETRIAL CONFERENCE TO STATUS CONFERENCE