**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7       IN THE UNITED STATES DISTRICT COURT

8       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9       SAN JOSE DIVISION

10   DANNY PINA,                              CASE NO. 5:10-cv-02607 EJD

11                                            **ORDER CONVERTING PRETRIAL**
                     Plaintiff(s),           **CONFERENCE TO STATUS**
12       v.                                   **CONFERENCE**

13   ALLAN DE LA CRUZ, et. al. ,

14
                     Defendant(s).
15   _____/

16          In light of the court's need to possibly reschedule the trial dates in this action, the Final

17   Pretrial Conference currently scheduled for January 27, 2012, at 11:00 a.m. is hereby converted into

18   a Status Conference to occur on the same date and time.

19          While the court will not address motions in limine at the Status Conference, the parties

20   should be prepared to discuss other pretrial issues, including scheduling.

21   **IT IS SO ORDERED.**

22

23   Dated:  January 23, 2012

24                                            EDWARD J. DAVILA
                                             United States District Judge
25
26
27
28

                                             1

CASE NO. 5:10-cv-02607 EJD
ORDER CONVERTING PRETRIAL CONFERENCE TO STATUS CONFERENCE